IN THE UNITED STATES DISTRICT COURT
Middle District of Florida
Ft. Myers Division

**United States of America**
*ex rel.*
**Lee M. Mandel, MD, FACS,**
    Plaintiffs,

Case: 2:18-cv-463-FtM-38MRM

vs.

**Michael P. Varveris, M.D.**
    Defendant.

## Relator's Notice of Voluntary Dismissal

Relator Lee Mandel, MD, FACS, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), hereby files his Notice of Voluntary Dismissal, and states as follows:

1. Relator Mandel filed the Complaint under seal alleging Defendant's false claims in violation of the Federal False Claims Act, 31 U.S.C. § 3729, *et seq*. Doc. 1.

2. The United States of America declined intervention. Doc. 2.

3. The Defendant has not been served.

4. The United States consented to the dismissal of these defendants as required under 31 U.S.C. § 3729, *et seq*.

    Respectfully submitted,

    /s/   Jonathan Kroner
    Fla. Bar: 328677
    Jonathan Kroner Law Office
    300 S. Biscayne Blvd., Suite 3710
    Miami, Florida 33131
    305-310-6046
    jk@FloridaFalseClaim.com

    Attorney for Relator